# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

TARANEH J. MARCIANO

EMAIL: tmarciano@kelleydrye.com

X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 4 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

August 13, 2012

**BY FEDERAL EXPRESS**

Office of the Clerk of Court
United States District Court
District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Re:   Miss Universe L.P., LLLP v. Ashraf Elgamal
      Opposition No. 91200425
      Mark: MISS ARAB USA
      App. No. 85/129723
      Filing Date: Sept. 14, 2010

**MC-12-82-PHX**

Dear Clerk of Court:

      Pursuant to my telephone conversations on July 30, 2012 with Cindy in your Office, I am enclosing two non-party deposition subpoenas to be issued in connection with the above-referenced proceeding, currently pending before the Trademark Trial and Appeal Board. It is proper for this Court to issue these subpoenas pursuant to Fed. R. Civ. P. 45, 35 U.S.C. § 24, and TBMP §§ 703.01(f)(2) and 404.03(a)(2).

      Also enclosed is a check in the amount of $46.00 for the opening of a miscellaneous case file in connection with the issuance of the subpoenas. Finally, enclosed is a pre-addressed and pre-paid return Federal Express envelope. I ask that you send the signed subpoenas back using this envelope.

      Should you have any questions, please do not hesitate to contact me by telephone (212-808-5042) or by email (tmarciano@kelleydrye.com).

**KELLEY DRYE & WARREN LLP**

Office of the Clerk of Court
United States District Court
District of Arizona - Phoenix Division
August 13, 2012
Page Two

                                        Respectfully submitted,

                                        Taraneh J. Marciano

Enclosures

cc:     Andrea L. Calvaruso (by email w/out encl.)